HIEU T. WILLIAMS (SBN 280585)
hwilliams@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
456 Montgomery Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

BENJAMIN J. HEROLD (SBN 325391)
bherold@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard Suite 600
Santa Monica, CA 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Attorneys for Defendant and Counterclaimant
BARRETT BUSINESS SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE B. CLARK,<br><br>    Plaintiff,<br><br>vs.<br><br>BARRETT BUSINESS SERVICES, INC.; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br><br>BARRETT BUSINESS SERVICES, INC.,<br><br>    Counterclaimant,<br><br>vs.<br><br>KYLE B. CLARK and ROES 1 to 10, inclusive,<br><br>    Counterdefendant. | Case No. 4:24-cv-02390-HSG<br>[Judge Haywood S Gilliam, Jr.- Crtrm 2]<br><br>[Sacramento County Superior Court Case No. 24CV004837]<br><br>**JOINT STIPULATION TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND ORDER  (as modified)**<br><br>Complaint Filed: March 13, 2024 |

IT IS HEREBY STIPULATED by and between Plaintiff KYLE B. CLARK ("Plaintiff"), Defendant BARRETT BUSINESS SERVICES, INC (collectively, the "Parties") as follows:

1. WHEREAS, on March 13, 2024, Plaintiff filed suit against Defendant in the Superior Court for the County of Sacramento in the matter captioned *Clark v. Barrett Business Services, Inc., et al.*, 24CV004837;

2. WHEREAS, on April 22, 2024, Defendant removed the instant matter, along with all compulsory counterclaims, to the United States District Court for the Northern District of California;

3. WHEREAS, venue for the instant matter is proper in district court of the United States for the district and division within which the state court action was pending, which is the United States District Court for the Eastern District of California;

3. WHEREAS, on May 28, 2024, the Hon. Judge Haywood S. Gilliam, Jr. held a telephonic case management conference during which the parties agreed to transfer the instant matter to the more appropriate venue – the Eastern District of California;

4. NOW THEREFORE, the Parties, by and through their respective undersigned counsel, do stipulate as follows:

5. The instant matter shall be transferred from the United States District Court for the Northern District of California to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1404(a).

6. Further, Plaintiff shall be granted an extension of time to file a responsive pleading to Defendant's Counterclaim, the new deadline for which shall be June 7, 2024.

[signature page follows]

SO STIPULATED.

Dated: June 3, 2024

HIRSCHFELD KRAEMER LLP

By: *(signature)*
Hieu T. Williams
Benjamin J. Herold
Attorneys for Defendant and Counterclaimant
BARRETT BUSINESS SERVICES, INC.

Dated: June 3, 2024

BOHM LAW GROUP

By: *(signature)*
Lawrance A. Bohm
Robert L. Boucher

Attorneys for Plaintiff
KYLE B. CLARK

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the instant matter shall be transferred from the United States District Court for the Northern District of California to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1404(a). Plaintiff must file a responsive pleading to Defendant's Counterclaim by June 7, 2024. The Clerk is directed to close this case.

Dated: 6/4/2024

By: *Haywood S. Gilliam, Jr.*
Hon. Judge Haywood S. Gilliam, Jr.
Judge of the United States District Court, Northern District of California